PROB 12B
(7/93)

Report Date: January 21, 2010

# United States District Court

### for the

### Eastern District of Washington

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JAN 21 2010

JAMES R. LARSEN, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

Name of Offender: Olga Maria Sandoval-Zazueta    Case Number: 2:08CR00137-035

Name of Sentencing Judicial Officer: The Honorable William Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: 11/18/2009     Type of Supervision: Probation

Original Offense: Misprision of a Felony, 18 U.S.C. § 4     Date Supervision Commenced: 11/18/2009

Original Sentence: Probation - 60 Months     Date Supervision Expires: 11/17/2014

---

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

19  You shall complete a mental health evaluation and follow any treatment recommendations of the evaluating professional which do not require forced or psychotropic medication and/or inpatient confinement absent further order of the Court. You shall allow reciprocal release of information between the supervising officer and treatment provider. You shall contribute to the cost of treatment according to your ability to pay.

### CAUSE

Olga Sandoval-Zazueta commenced a 5-year term of probation on November 18, 2009. Recent contact with the offender suggest the above-mentioned modification is appropriate. In an attempt to provide federal funding, if necessary, it is requested that the Court modify conditions of supervision to include the aforementioned condition.

Olga Sandoval-Zazueta was asked whether she would waive her right to a hearing and agree to the modifications as previously described. As indicated by the enclosed Waiver of Hearing to Modify Conditions of Supervised Release form, Ms. Sandoval-Zazueta has agreed to the proposed modifications.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   01/21/2010
_____
s/Tommy Rosser

Tommy Rosser
U.S. Probation Officer

Prob 12B
Re: Sandoval-Zazueta, Olga Maria
January 21, 2010
Page 2

## THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

_____
Signature of Judicial Officer

_Jan 21 2010_
Date

≈PROB 49
(3/89)

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JAN 21 2010

JAMES R. LARSEN, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

# United States District Court

### Eastern District of Washington

## Waiver of Hearing to Modify Conditions
## of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

To modify the conditions of supervision as follows:

19  You shall complete a mental health evaluation and follow any treatment recommendations of the evaluating professional which do not require forced or psychotropic medication and/or inpatient confinement absent further order of the Court. You shall allow reciprocal release of information between the supervising officer and treatment provider. You shall contribute to the cost of treatment according to your ability to pay.

Witness: _____        Signed: _Olga Sandoval_____
Tommy Rosser                                     Olga Maria Sandoval-Zazueta
U.S. Probation Officer                           Probationer or Supervised Releasee

1-21-10
Date